1  MARK D. PETERSON (State Bar #126174)
   CATES PETERSON LLP
2  4100 Newport Place, Suite 230
   Newport Beach, CA 92660
3  Tel.: (949) 724-1180
   Fax: (949) 724-1190
4  Email: markpeterson@catespeterson.com

5  Attorneys for Defendant and
   Counterclaimant and Third-Party
6  Claimant TRAVELERS PROPERTY
   CASUALTY COMPANY OF
7  AMERICA

8
# UNITED STATES DISTRICT COURT
9
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | SAN FRANCISCO BAY AREA
   | RAPID TRANSIT DISTRICT                     | CASE NO. 15-cv-01313-JSW
12 |                                             |
   |             Plaintiffs,                     | Hon. Jeffrey S. White
13 |        v.                                   |
14 |                                             | [PROPOSED]
   | TRAVELERS PROPERTY
15 | CASUALTY COMPANY OF
   | AMERICA, a Connecticut Corporation,         | **ORDER CONTINUING CASE
16 |                                             | MANAGEMENT CONFERENCE
   |             Defendants.                     | AND DEADLINE FOR PARTIES
17 |                                             | TO FILE JOINT CASE
   |                                             | MANAGEMENT STATEMENT BY
18 |                                             | ONE (1) MONTH**

| | |
|---|---|
| 1 | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation, |
| 2 | |
| 3 | Counterclaimant and Third-Party Claimant, |
| 4 | |
| 5 | v. |
| 6 | SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT; SENTINEL INSURANCE COMPANY LTD., a Connecticut Corporation; and DOES 1 – 20, inclusive, |
| 7 | |
| 8 | |
| 9 | Counterdefendant and Third-Party Defendants |

12  The Court, having considered the Stipulation of the Parties, and for good

13  cause having been shown,

14  **IT IS HEREBY ORDERED** that the Case Management Conference

15  scheduled for June 26, 2015 at 11:00 a.m. is hereby continued to July 31, 2015 at

16  11:00 a.m. The parties shall file a joint case management statement no later than

17  five court days prior to the conference addressing those issues set forth in the

18  Court's May 5, 2015 Order.

19  **IT IS SO ORDERED**.

20  Dated: June 8, 2015

23  _____
    JEFFREY S. WHITE
24  United States District Judge