1  PETER O. GLAESSNER, State Bar No. 93830
   pglaessner@aghwlaw.com
2  LORI A. SEBRANSKY, State Bar No. 125211
   lsebransky@aghwlaw.com
3  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
4  San Francisco, CA  94104
   Telephone:     (415) 697-2000
5  Facsimile:     (415) 813-2045

6  Attorneys for Plaintiff and Counterdefendant
   SAN FRANCISCO BAY AREA RAPID TRANSIT
7  DISTRICT

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11  SAN FRANCISCO BAY AREA RAPID          Case No.  3:15-cv-01313-JSW
12  TRANSIT DISTRICT,

13              Plaintiffs,               **STIPULATION AND [PROPOSED] ORDER
                                          TO AMEND ORDER SCHEDULING TRIAL
14        v.                              AND PRETRIAL MATTERS**  AS MODIFIED

15  TRAVELERS PROPERTY CASUALTY
    COMPANY OF AMERICA, a Connecticut
16  Corporation,

17              Defendants.

18  ―――――――――――――――――――
    TRAVELERS PROPERTY CASUALTY
19  COMPANY OF AMERICA, a Connecticut
    Corporation,
20
               Counterclaimant and
21             Third-Party
               Claimant,
22
          v.
23
    SAN FRANCISCO BAY AREA RAPID
24  TRANSIT DISTRICT; SENTINEL
    INSURANCE COMPANY LTD., a
25  Connecticut Corporation; and DOES 1-20,
    inclusive,
26
               Counterdefendant
27             and Third-Party
               Defendants.
28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

75546.1

1

## RECITALS

Plaintiff/counterdefendant San Francisco Bay Area Rapid Transit District (BARTD), defendant/counterclaimant/third-party claimant/counterdefendant Travelers Property Casualty Company of America, and third-party defendant and counterclaimant Sentinel Insurance Company, LTD, jointly submit this Stipulation to request that the Court modify the August 5, 2015 Amended Order Scheduling Trial and Pretrial Matters by extending the applicable trial and pretrial deadlines by 90 days.  The reasons for this request and stipulation are as follows:

1.      This coverage dispute arises from a fatal accident that occurred on Saturday, October 19, 2013 on the track between the Walnut Creek and Pleasant Hill BARTD stations. Christopher Sheppard, Manager of BARTD Track & Grounds, and Laurence Daniels, a contractor working for Anil Verma Associates, Inc. ("AVA"), an engineering firm that is insured by Travelers were on the track the afternoon of October 19 when they were struck by a train and killed.

2.      Mr. Daniel's heirs have sued BARTD for wrongful death in a civil suit styled, *Amber Daniels, et. al, v. Bay Area Rapid Transit District,* Alameda County Superior Court No. RG14725711.  Plaintiffs essentially allege that BARTD negligently failed to protect Mr. Daniels while he was working on tracks during rail car movement.

3.      BARTD filed a cross-complaint against AVA in the *Daniels* action for declaratory relief, and for implied and express indemnity and contribution.

4.      BARTD is an additional insured under the Travelers policy under some circumstances.  BARTD tendered its defense of the *Daniels* lawsuit to Travelers under the additional insured endorsement.  Travelers denied that tender.  BARTD filed this insurance action to determine whether Travelers has an obligation to defend.

5.      Travelers filed a third-party claim against Sentinel Insurance Company, which insured Mr. Daniels' company (Daniels Engineering).  By this third-party claim, Travelers contends that should the Court find that Travelers owes BARTD a defense, that defense should be provided by Sentinel, and not by Travelers.  Sentinel denies the claims asserted against it and

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

STIPULATION TO AMEND
SCHEDULING ORDER
CASE NO.: 3:15-CV-01313-JSW

75546.1

filed a counterclaim for declaratory relief.

6.      The parties have been working cooperatively to resolve this coverage dispute in the most efficient way possible.  In September 2015, BARTD and the insurers attended an initial mediation session in the underlying case.  Although some progress was made, the wrongful death claims were not resolved.  The parties to this insurance action, however, were able to discuss in principle a potential settlement strategy that would encompass the insurers' defense obligations to BARTD, and BARTD's liability claims against AVA (Travelers' insured), thus resolving the claims involved in this action.

7.      Unfortunately, settlement progress has been delayed by the wrongful death plaintiffs' efforts to amend their pleadings to assert a survivorship claim (although Mr. Daniels died instantly), which they contend increases the value of their case by several million dollars. Pleading challenges to that claim are currently pending.  It will be difficult to engage in productive settlement negotiations encompassing the wrongful death claims until those pleading challenges are resolved.  BARTD also has learned about a peripheral issue involving another agency that could potentially affect BARTD's settlement.  BARTD is working to sort that issue out now.

8.      In addition to participation in mediation in the underlying case, BART and the insurers agreed to mediation and have had several telephone conferences with our appointed mediator, Richard Sipos.  Mr. Sipos has been a very good resource.  The parties and Mediator agree that it makes most sense to resolve the insurance claims in conjunction with mediation of the underlying wrongful death suit.

9.      Given these circumstances, including the delay in the underlying case, and the parties' continued desire to work toward a global resolution without incurring unnecessary litigation costs, our mediator Mr. Sipos suggested, and the parties agreed, that the parties ask this Court to modify the August 5, 2015 Amended Order Scheduling Trial and Pretrial Matters by extending all deadlines by 90 days.

/ / /

STIPULATION TO AMEND
SCHEDULING ORDER
CASE NO.: 3:15-CV-01313-JSW

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

75546.1

1

**STIPULATION**

2       For these reasons, it is hereby stipulated by and between San Francisco Bay Area Rapid

3 Transit District (BARTD), Travelers Property Casualty Company of America, and Sentinel

4 Insurance Company LTD, through their respective counsel of record, subject to the Court's

5 approval, that the current Amended Order Scheduling Trial and Pretrial Matters be modified to

6 extend all deadlines by 90 days.  The modified dates are noted in bold:

7       **A.      DATES**

8       Jury Trial Date:              **Monday, December 12, 2016 at 8:00 a.m.**

9       Jury Selection:               **Wednesday, December 7, 2016 at 8:00 a.m.**

10      Pre-Trial Conference:         **Monday, November 21, 2016 at 2:00 p.m.**

11      Last Day to Hear              Friday, August 12

12      Dispositive Motions:          ~~**Thursday, August 11,**~~ 2016 at 9:00 a.m.

13      Last day for Expert

        Discovery:                    **Thursday, October 27, 2016**

14

15      Last day for Expert

        Disclosure:                   **Monday, October 3, 2016**

16      Close of Non-expert

17      Discovery:                    **Thursday, September 8, 2016**

18      Deadline to Mediate:          **Thursday, April 28, 2016**

19      The parties appreciate the Court's attention and consideration.

20                                    Respectfully submitted,

21      Dated:  January 4, 2016            ALLEN, GLAESSNER,

22                                         HAZELWOOD & WERTH, LLP

23

24                                    By:   _/s/ Lori A. Sebransky_____

                                           PETER O. GLAESSNER

25                                         LORI A. SEBRANSKY

                                           Attorneys for SAN FRANCISCO BAY AREA

26                                         RAPID TRANSIT DISTRICT

27      / / /

28

STIPULATION TO AMEND
SCHEDULING ORDER
CASE NO.: 3:15-CV-01313-JSW

*ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP*
*180 Montgomery Street, Suite 1200*
*San Francisco, California 94104*

75546.1

1    Dated:  January 4, 2016                    CATES PETERSON LLP

2

3                                               By:   /s/ Mark D. Peterson
                                                     MARK D. PETERSON
4                                                    Attorneys for TRAVELERS PROPERTY
                                                     CASUALTY COMPANY OF AMERICA
5

6

7    Dated:  January 4, 2016                    SMITH ELLISON

8

9                                               By:   /s/ Michael W. Ellison
                                                     MICHAEL W. ELLISON
10                                                   Attorneys for SENTINEL INSURANCE
                                                     COMPANY LTD.
11

12                                   **ORDER**

13        The parties' stipulation is adopted and IT IS SO ORDERED.  AS MODIFIED.

14

15   Dated:   January 5, 2016

16                                               _____

17                                               JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

STIPULATION TO AMEND
SCHEDULING ORDER
CASE NO.: 3:15-CV-01313-JSW

75546.1