PETER O. GLAESSNER, State Bar No. 93830
pglaessner@aghwlaw.com
LORI A. SEBRANSKY, State Bar No. 125211
lsebransky@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:      (415) 697-2000
Facsimile:      (415) 813-2045

Attorneys for Plaintiff and Counterdefendant
SAN FRANCISCO BAY AREA RAPID TRANSIT
DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>           Plaintiffs,<br><br>   v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>           Defendants. | Case No.  4:15-cv-01313-JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO STAY ACTION, VACATE ALL DATES SET IN THIS ACTION, AND HOLD A CASE MANAGEMENT CONFERENCE IN SIX MONTHS** |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>           Counterclaimant and Third-Party Claimant,<br><br>   v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT; SENTINEL INSURANCE COMPANY LTD., a Connecticut Corporation; and DOES 1-20, inclusive,<br><br>           Counterdefendant and Third-Party Defendants. | |

*ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP*
*180 Montgomery Street, Suite 1200*
*San Francisco, California 94104*

STIPULATION TO STAY ACTION
CASE NO.: 4:15-CV-01313-JSW

95218.1

**RECITALS**

Plaintiff/counterdefendant San Francisco Bay Area Rapid Transit District (BARTD), defendant/counterclaimant/third-party claimant/counterdefendant Travelers Property Casualty Company of America, and third-party defendant/counterclaimant Sentinel Insurance Company, LTD, jointly submit this Stipulation to request that the Court temporarily stay this action, vacate all dates currently set in this action, and schedule a Case Management Conference to take place in six months.  The reasons for this request and stipulation are as follows:

1.     This coverage dispute arises from a fatal accident that occurred on Saturday, October 19, 2013 on the track between the Walnut Creek and Pleasant Hill BARTD stations. Christopher Sheppard, Manager of BARTD Track & Grounds, and Laurence Daniels, a contractor working for Anil Verma Associates, Inc. ("AVA"), an engineering firm that is insured by Travelers, were on the track the afternoon of October 19 when they were struck by a train and killed.

2.     Mr. Daniel's heirs sued BARTD for wrongful death in a civil suit styled, *Amber Daniels, et. al, v. Bay Area Rapid Transit District,* Alameda County Superior Court No. RG14725711.  Plaintiffs essentially allege that BARTD negligently failed to protect Mr. Daniels while he was working on tracks during rail car movement.

3.     BARTD filed a cross-complaint against AVA in the *Daniels* action for declaratory relief, and for implied and express indemnity and contribution.

4.     BARTD is an additional insured under the Travelers policy under some circumstances.  BARTD tendered its defense of the *Daniels* lawsuit to Travelers under the additional insured endorsement.  Travelers denied that tender.  BARTD filed this insurance action to determine whether Travelers has an obligation to defend.

5.     Travelers filed a third-party claim against Sentinel Insurance Company, which insured Mr. Daniels' company (Daniels Engineering).  By this third-party claim, Travelers contends that should the Court find that Travelers owes BARTD a defense, that defense should be provided by Sentinel, and not by Travelers.  Sentinel denies the claims asserted against it and filed a counterclaim for declaratory relief.

2

95218.1

6.     The parties have been working cooperatively to resolve this coverage dispute in the most efficient way possible.  In September 2015, BARTD and the insurers attended an initial mediation session in the underlying case.  Although some progress was made, the wrongful death claims were not resolved.  The parties to this insurance action, however, were able to discuss in principle a potential settlement strategy that would encompass the BARTD's contentions regarding insurers' alleged defense obligations to BARTD, and BARTD's liability claims against AVA (Travelers' insured), thus resolving the claims involved in this action.

7.     Unfortunately, settlement progress has been delayed by, *inter alia*, the wrongful death plaintiffs' continued efforts to amend their pleadings to assert a survivorship claim (although Mr. Daniels died instantly), which they contend increases the value of their case by several million dollars.  BARTD challenged the first amended wrongful death complaint by demurrer.  The Superior Court agreed the pleading was defective but permitted leave to amend. Further complicating the matter, in the interim, one of the plaintiffs, Amber Daniels, passed away unexpectedly.  A second amended complaint in the wrongful death suit was filed on or about April 6, 2016.

8.     Additionally, on September 22, 2015, the personal representative of Daniels' Estate filed a second lawsuit against two BARTD employees, styled *McComish v. Kappler, et. al*., Alameda County Superior Court No. RG15786996.  BARTD also challenged that pleading by demurrer.  Again, the Superior Court agreed the pleading was defective but permitted leave to amend.  A first amended complaint in the Estate's action against the employees was filed on or about April 6, 2016.

9.     BARTD intends to challenge both amended pleadings, and must do so by May 11, 2016.  Unfortunately, given the Superior Court's calendar, we do not expect these law and motion matters to be heard until late July or perhaps early August.  It will be difficult to engage in productive settlement negotiations encompassing the wrongful death claims until those pleading challenges are resolved.

10.     In addition to participation in mediation in the underlying case, BARTD and the insurers agreed to mediation and have had numerous telephone conferences with our appointed

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

STIPULATION TO STAY ACTION
CASE NO.: 4:15-CV-01313-JSW

95218.1

mediator, Richard Sipos.  Mr. Sipos has been a very good resource.  The parties and mediator agree that it makes most sense to resolve the insurance claims in conjunction with mediation of the underlying wrongful death suit.

11.    Given the delay in the underlying cases, and the parties' continued desire to work toward a global resolution without incurring unnecessary litigation costs, the parties ask this Court to stay this action, vacate all dates currently set in this action, and hold a case management conference in six months to determine whether the stay should be lifted.  The parties believe this is the most efficient solution for themselves and the court.

## **STIPULATION**

For these reasons, it is hereby stipulated by and between San Francisco Bay Area Rapid Transit District, Travelers Property Casualty Company of America, and Sentinel Insurance Company LTD, through their respective counsel of record, and subject to the Court's approval, that the action be stayed to accommodate proceedings in the underlying litigation, all dates in this action be vacated, and that a Case Management Conference be held in October 2016 (six months) to determine whether the stay should be lifted.

The parties appreciate the Court's attention and consideration.

Respectfully submitted,

Dated:  April 21, 2016                    ALLEN, GLAESSNER,
                                          HAZELWOOD & WERTH, LLP


By:    _/s/ Lori A. Sebransky_____
       PETER O. GLAESSNER
       LORI A. SEBRANSKY
       Attorneys for SAN FRANCISCO BAY AREA
       RAPID TRANSIT DISTRICT

Dated:  April 21, 2016                    CATES PETERSON LLP


By:    _/s/ Mark D. Peterson_____
       MARK D. PETERSON
       Attorneys for TRAVELERS PROPERTY
       CASUALTY COMPANY OF AMERICA

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

Dated:  April 21, 2016                    SMITH ELLISON


                                          By:   _/s/ Michael W. Ellison_____
                                              MICHAEL W. ELLISON
                                              Attorneys for SENTINEL INSURANCE
                                              COMPANY LTD.



## ORDER

The parties' stipulation to stay this action and vacate all dates currently set in this action is adopted.  A case management conference will be held in this Courtroom on October  14 , 2016 at 11:00 a.m.  A joint case management conference statement shall be filed by October 7, 2016.

IT IS SO ORDERED.


Dated:  _April 21, 2016_____


_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION TO STAY ACTION
CASE NO.: 4:15-CV-01313-JSW

95218.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104