PETER O. GLAESSNER, State Bar No. 93830
pglaessner@aghwlaw.com
LORI A. SEBRANSKY, State Bar No. 125211
lsebransky@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:      (415) 697-2000
Facsimile:      (415) 813-2045

Attorneys for Plaintiff and Counterdefendant
SAN FRANCISCO BAY AREA RAPID TRANSIT
DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No.  4:15-cv-01313-JSW<br>Hon. Jeffrey S. White<br><br>**NOTICE OF SETTLEMENT AND MUTUAL REQUEST FOR DISMISSAL**<br><br>[*Proposed order filed concurrently*] |

Plaintiff/counterdefendant SAN FRANCISCO BAY AREA RAPID

TRANSIT DISTRICT, defendant/counterclaimant/third party claimant and

counterdefendant TRAVELERS PROPERTY CASUALTY COMPANY OF

AMERICA, and third party defendant and counterclaimant SENTINEL

INSURANCE COMPANY, LTD., jointly submit this Notice of Settlement, as

follows.

/ / /

/ / /

NOTICE OF SETTLEMENT AND
REQUEST FOR DISMISSAL CASE NO.
4:15-CV-01313-JSW

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

150109.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

On February 17, 2017, the settlement in this matter was completed. Releases and Settlement Agreements have been signed and settlement funds have been paid. The settlement resolves all claims asserted in the complaint and all cross-actions.

**The parties therefore request that this matter be dismissed with prejudice in its entirety, each party to bear its own costs.**

Respectfully submitted,

Dated:  February 22, 2017      ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By:  /s/ Lori A. Sebransky
PETER O. GLAESSNER
LORI A. SEBRANSKY
Attorneys for SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT

Dated:  February 22, 2017      CATES PETERSON LLP

By:  /s/ Mark D. Peterson
MARK D. PETERSON
Attorneys for TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Dated:  February 22, 2017      SMITH ELLISON

By:  /s/ Michael W. Ellison
MICHAEL W. ELLISON
Attorneys for SENTINEL INSURANCE COMPANY LTD.

150109.1